UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RASHAWN KINGSBERRY,

                Plaintiff,        21-cv-9076 (JGK)

- against -                ORDER

WARDEN CARTER ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff has moved for the appointment of pro bono counsel pursuant to 18 U.S.C. § 3006A. ECF No. 14. The Second Circuit Court of Appeals has instructed that a district court should only appoint pro bono counsel in cases where the indigent party's position is likely to have merit. See Cooper v. A. Sargenti Co., Inc., 877 F.2d 170, 173 (2d Cir. 1989); Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986). Because the plaintiff's claims do not yet meet this threshold requirement, the plaintiff's request for the appointment of pro bono counsel is **denied without prejudice.**

    The Clerk is directed to mail a copy of this Order to the plaintiff's last known address and to note service on the docket sheet.

SO ORDERED.

Dated:    New York, New York
           June 9, 2022

                                          John G. Koeltl
                                  United States District Judge