UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RASHAWN KINGSBERRY,

               Plaintiff,              21-cv-9076 (JGK)

      - against -                ORDER

WARDEN CARTER ET AL.,

               Defendants.

---

**JOHN G. KOELTL, District Judge:**

The plaintiff's time to respond to the pending motion to dismiss is extended to **July 8, 2022.** The defendants may reply by **July 22, 2022.**

The Clerk is directed to mail a copy of this Order to the plaintiff's last known address and to note service on the docket sheet.

SO ORDERED.

Dated:    New York, New York
            June 9, 2022

                                        */s/ John G. Koeltl*
                                        John G. Koeltl
                              United States District Judge