**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RASHAWN KINGSBERRY,

              Plaintiff,

-against-                            21 **CIVIL** 9076 (JGK)

                                                   **JUDGMENT**

WARDEN CARTER, ET AL.,

              Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 17, 2022, the Court has considered all of the parties' arguments. To the extent not specifically addressed, the arguments are either moot or without merit. For the foregoing reasons, the plaintiff's amended complaint is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       October 18, 2022

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                                **BY:**       *K. Mango*

                                                       **Deputy Clerk**